**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| ALFRED E. MUNGER SR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| ZWICKER & ASSOCIATES, P.C., | ) |
| | ) |
| Defendant. | ) |

## COMPLAINT

### INTRODUCTION

1. Plaintiff Alfred E. Munger Sr. brings this action to secure redress from unlawful credit and collection practices engaged in by defendant Zwicker & Associates, P.C. ("Zwicker"). Plaintiff alleges violation of the Fair Debt Collection Practices Act, 15 U.S.C. §1692 et seq. ("FDCPA").

### VENUE AND JURISDICTION

2. This Court has jurisdiction under 15 U.S.C. §1692k (FDCPA), 28 U.S.C. §1331 and 28 U.S.C. §1337.

3. Venue and personal jurisdiction in this District are proper because:

   a. Defendant's collection communications were received by plaintiff within this District;

   b. Defendant does or transacts business within this District.

### PARTIES

4. Plaintiff Alfred E. Munger Sr. is an individual who resides in Streamwood, Illinois.

5. Defendant Zwicker & Associates, P.C. is a law firm organized as a professional corporation with offices at 80 Minuteman Road, Andover, MA 01810 and 7366 North Lincoln Avenue, Suite 404, Lincolnwood, IL 60712-1741. Its registered agent and office in Illinois

1

is CT Corporation, 208 S. LaSalle Street, Suite 814, Chicago, IL 60604.

6. Zwicker & Associates, P.C. is engaged in the business of using the mails and telephone to collect consumer debts originally owed to others.

7. Zwicker & Associates, P.C. is a debt collector as defined in the FDCPA.

## FACTS

8. Defendant has been attempting to collect an alleged credit card debt from plaintiff. Any such debt would have been incurred for personal, family or household purposes and not for business purposes.

9. On or about July 21, 2010, defendant sent plaintiff the letter attached as Exhibit A.

10. By letter of July 29, 2010, plaintiff, through counsel, notified defendant that he disputed the claimed debt and that he was represented by counsel. A copy of the July 29, 2010 letter and fax transmission report is attached as Exhibit B.

11. On September 7, 2010, defendant sent plaintiff, directly, another collection letter regarding the same debt. A copy of the letter is attached as Exhibit C.

## COUNT I – FDCPA

12. Plaintiff incorporates paragraphs 1-11.

13. Defendant violated 15 U.S.C. §1692c by contacting a represented party directly.

14. Section 1692c provides:

**§ 1692c. Communication in connection with debt collection**

**(a) Communication with the consumer generally. Without the prior consent of the consumer given directly to the debt collector or the express permission of a court of competent jurisdiction, a debt collector may not communicate with a consumer in connection with the collection of any debt–**

> **. . . (2) if the debt collector knows the consumer is represented by an attorney with respect to such debt and has knowledge of, or can readily ascertain, such attorney's name and address, unless the attorney fails to**

2

>     **respond within a reasonable period of time to a communication from the debt collector or unless the attorney consents to direct communication with the consumer; . . .**

WHEREFORE, the Court should enter judgment in favor of plaintiff and against defendant for:

    (1)    Statutory and actual damages;

    (2)    Attorney's fees, litigation expenses and costs of suit;

    (3)    Such other and further relief as the Court deems proper.


                    s/Daniel A. Edelman
                    Daniel A. Edelman

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Francis R. Greene
EDELMAN, COMBS, LATTURNER
    &amp; GOODWIN, L.L.C.
120 S. LaSalle Street, 18th Floor
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)

T:\24954\Pleading\Complaint_Pleading.wpd

**NOTICE OF LIEN AND ASSIGNMENT**

Please be advised that we claim a lien upon any recovery herein for 1/3 or such amount as a court awards. All rights relating to attorney's fees have been assigned to counsel.

                                                s/Daniel A. Edelman
                                                Daniel A. Edelman

Daniel A. Edelman
EDELMAN, COMBS, LATTURNER
      & GOODWIN, LLC
120 S. LaSalle Street, 18th Floor
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)